IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                                          Plaintiff,                                          ORDER

                    v.
                                                                                        07-CR-128-C
SHERRY ANNE LA TOURNEAU,

                                          Defendant.

_____

Following her indictment on a charge of interstate possession of stolen goods, defendant Sherry Anne La Tourneau filed a financial affidavit in support of her request for appointed counsel. According to the affidavit, La Tourneau is employed with a monthly gross salary of $2560, which probably nets out to about $1500 or so. La Tourneau has no dependents and lists only two debts, both for credit cards, totaling $3500 and requiring minimum monthly payments of $80. La Tourneau owns a home valued at $145,000. She lists no mortgage or mortgage payments on her affidavit, implying that she owns the home free and clear.

On the basis of the information provided, I conclude that La Tourneau is not indigent, even under this court's lenient standards. Granted, a net of $1500/month isn't a lot, and La Tourneau obviously has regular monthly bills that she did not list, such as groceries, heat, electricity, telephone, *etc*., but it appears that she has the ability to take out a home loan that would cover her legal bills without jeopardizing her ability to keep her home.

In the event that La Tourneau does not have sufficient equity in her home to take out a first (or second) mortgage, then it is her responsibility promptly to update her financial affidavit with a complete, accurate accounting of her actual financial situation.

It is ORDERED that defendant Sherry Anne La Tourneau's motion for appointment of

counsel is DENIED WITHOUT PREJUDICE.

Entered this 24th day of October, 2007.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge