IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

v.

                                            07-CR-128-C

SHERRY ANNE LA TOURNEAU,

                Defendant.
_____

      Earlier today the Federal Defender's Office telefaxed to defendant Sherry Anne La Tourneau a copy of this court's order denying La Tourneau's request for appointment of counsel. I denied appointment of counsel based on the implication of La Tourneau's financial affidavit that she owned a $145,000 house free and clear. La Tourneau immediately responded that she had not provided all of the relevant information in her financial affidavit: this house actually is being foreclosed.

      Erasing this six-figure asset from La Tourneau's financial affidavit changes everything. La Tourneau does not have the financial means to hire her own attorney. The Federal Defender is directed to appoint counsel to defend La Tourneau in this case.

      Entered this 24th day of October, 2007.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge