IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                      Plaintiff,

    v.

SHERRY ANNE LA TOURNEAU,

                      Defendant.

ORDER

07-cr-128-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated September 22, 2008, I denied defendant Sherry Ann La Tourneau's motion for adjustment of her payment of restitution.  Defendant has submitted a new request for an adjustment in her restitution payments citing this court's judgment and commitment order in which I stated that defendant was to pay a minimum quarterly installment of $25.00 while she is working in a non-UNICOR position at the prison.  As I told defendant in the earlier order, it is within the Bureau of Prisons' discretion to determine the amount of quarterly payments that she must make on her restitution obligation.  This court has no authority to override the Bureau of Prison's decision in this respect.

ORDER

      IT IS ORDERED that defendant Sherry Anne La Tourneau's request for an

1

adjustment of her restitution payments while she is in prison is DENIED.

Entered this 3d day of October, 2008.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge